UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                       :
INTERNATIONAL CHARTERING SERVICES, INC. :
and PERACO CHARTERING (USA) LLC,            :     Case No. 12 Civ. 3463 (AJN)
                                                       :
                         Plaintiffs,                   :
         --and--                                      :
                                                       :
EAGLE BULK SHIPPING INC., ANEMI             :
MARITIME SERVICES, S.A.; BITTERN SHIPPING :     **CORRECTED DECLARATION**
LLC; KINGFISHER SHIPPING LLC; AVOCET      :     **OF BRUCE G. PAULSEN**
SHIPPING LLC; CRANE SHIPPING LLC; WREN    :     **(WITH EXHIBIT NN)**
SHIPPING LLC; JAY SHIPPING LLC; CANARY    :
SHIPPING LLC; MARTIN SHIPPING LLC;        :
THRASHER SHIPPING LLC; WOODSTAR           :
SHIPPING LLC; NIGHTHAWK SHIPPING LLC;     :
ORIOLE SHIPPING LLC and OWL SHIPPING LLC, :
                                                       :
                         Defendants.                   :
----------------------------------------------------------------X

I, BRUCE G. PAULSEN, declare:

      1.     I am a member of Seward & Kissel LLP, attorneys for Defendants in this action.  I am familiar with the facts set forth herein, and I make this declaration in support of Defendants' Memorandum of Law in Support of Motion to Stay and Compel Arbitration dated May 9, 2014 (the "Motion").

      2.     In connection with Defendants' Motion, on May 9, 2014, I conducted a Business Search on the name, Anemi Maritime Services, through the website maintained by the New York State Department of State, Division of Corporations, State Records & UCC, http://www.dos.ny.gov/corps/bus_entity_search.html, for active and inactive entities.  I found no results.

      3.     Attached hereto are true and correct copies of the following exhibits submitted in support of the Motion:

| Exhibit Description | Exhibit Number |
|---|---|
| Transcript of Oral Argument heard December 11, 2013, *International Chartering Services v. Eagle Bulk Shipping, Inc.* (No. 13-939) (2d Cir.). | KK[1] |
| Letter dated May 3, 2012 from Charles Weller, Esq. to Mary Ann Marlowe, Esq. | LL |
| *Vita Food Prods., Inc. v. Unus Shipping Co.*, [1939] A.C. 277, 290-91 (P.C.). | MM |
| Transcript of Telephonic Hearing held June 8, 2012, *International Chartering Services v. Eagle Bulk Shipping, Inc.* (12 CV 3463) (S.D.N.Y.). | NN |
| Brief and Special Appendix for Defendants-Appellants dated September 6, 2013, *International Chartering Services v. Eagle Bulk Shipping, Inc.* (No. 13-939) (2d Cir.). | OO |
| Reply Brief for Defendants-Appellants dated September 6, 2013, *International Chartering Services v. Eagle Bulk Shipping, Inc.* (No. 13-939) (2d Cir.). | PP |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 9, 2014.


    /s/ Bruce G. Paulsen
Bruce G. Paulsen


SK 25083 0003 1477437

---

[1] Exhibits herein continue from Defendants' briefing on their initial Motion to Stay Action and Compel Arbitration dated May 2, 2012 (ECF# 3) and their reply brief in further support of that motion (ECCF# 22).